1  ROBERT E. HESS (SBN 178042)
   RHess@maynardcooper.com
2  MAYNARD COOPER & GALE, LLP
   10100 Santa Monica Boulevard, Suite 550
3  Los Angeles, CA 90067
   Telephone:  310-596-4363
4
   Attorneys for Defendant Unum Life
5  Insurance Company of America

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  UNUM LIFE INSURANCE COMPANY          Case No. 2:12-cv-06129-CBM-SP
    OF AMERICA,
12                                        (Hon. Consuelo Bland Marshall)
               Plaintiff,
13                                        **RENEWAL OF JUDGMENT
                                          BY CLERK**
14        vs.

15  FRANCISCO DAVILA,

16             Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1    Based upon the application for renewal of judgment submitted by Plaintiff and

2  judgment creditor Unum Life Insurance Company of America, and pursuant to

3  F.R.C.P. 69(a) and C.C.P. § 683.110 through § 683.320, and for good cause appearing

4  therefore,

5    Judgment in favor of Plaintiff and judgment creditor Unum Life Insurance

6  Company of America, and against Defendant and judgment debtor, Francisco Davila,

7  entered on January 28, 2013, is hereby renewed in the amounts as set forth below:

8         a.  Total Judgment:                    $55,296.91

9         b.  Costs after Judgment:              $      0.00

10        c.  Subtotal:                          $55,296.91

11        d.  Credits after Judgment:            $      0.00

12        e.  Subtotal:                          $55,296.91

13        f.  Interest after Judgment:           $      0.00

14        g.  Fee for filing renewal application: $      0.00

15        h.  **Total Renewed Judgment:**        **$55,296.91**

16  DATED:   12/20/2022

17

18                              By: _Sharon Hall Brom_____
                                    Deputy Clerk

19

20

21

22

23

24

25

26

27

28

1